papers and printed briefs on appeal by March twelfth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

NICHOLAS DIMAS, Respondent, v. JOSEPH J. ERDLE and MARTIN B. ERDLE, Doing Business under the Assumed Name of ERDLE BROTHERS, Appellants.— Appeal dismissed, unless appellants shall file and serve printed papers and printed briefs on appeal by March twelfth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Probate of the Last Will and Testament of FRED S. PRUTSMAN, Deceased.— Appeal dismissed unless appellant shall file and serve printed records and serve a copy of brief in typewritten form by March thirteenth and shall file and serve printed briefs by March sixteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRANK O. HANSON, Respondent, v. ROBERT F. SCHELLING, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs on appeal by March eleventh. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PETER COLELLA, Appellant, v. SMITH-FREDENBURG CORPORATION, Respondent.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs on appeal by March ninth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ROBERT G. GIBBS, as Administrator, etc., of ROBERT GIBBS, JR., Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Appeal dismissed unless appellant shall file and serve printed briefs by April sixth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of Proving the Last Will and Testament of XAVIER FEINER, Deceased.— Appeal of Mary Ann Shea dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of CHARLES N. PERRIN, Executor, and RANDOLPH PERRIN INSLEE, Legatee, for a Judicial Construction of the Will of SYBIL PERRIN INSLEE, Deceased.— Order entered bringing in Gage R. Inslee as a party respondent on the appeal. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding under the GRADE CROSSING ELIMINATION ACT for the Elimination of the Existing Highway Railroad Crossing at Grade of the Railroad Operated by Lehigh Valley Railroad Company and West Henrietta-West Rush County Highway No. 648, Located about One and Three-tenths Miles West of Rush Station in the Town of Rush, Monroe County. (Case No. 4712.) — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding under the GRADE CROSSING ELIMINATION ACT for the Elimination of the Existing Highway Railroad Crossing at Grade of the Railroad Operated by the New York Central Railroad Company (West Shore) and County Highway No. 634 (Buffalo Street) in the Village of Churchville, Monroe County. (Case No. 4660.) — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLES H. McCORMICK, as Administrator, etc., of ELIZABETH McCORMICK, Deceased, Respondent, v. S. BURT MERRICK, Appellant.— Appeal dismissed